```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 07384
   CHRISTINE S BOWDEN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5182

------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/24/2007 and was confirmed 09/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/12/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
OCWEN FEDERAL BANK         CURRENT MORTG     8541.94           .00         8541.94
OCWEN FEDERAL BANK         MORTGAGE ARRE    68182.18           .00             .00
CODILIS & ASSOCIATES       NOTICE ONLY     NOT FILED           .00             .00
FISHER & SHAPIRO           NOTICE ONLY     NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   PRIORITY          1740.24           .00             .00
ILLINOIS DEPT OF REVENUE   PRIORITY        NOT FILED           .00             .00
CENTURY LIQUIDATION INC    UNSEC W/INTER   NOT FILED           .00             .00
ECAST SETTLEMENT CORP      UNSEC W/INTER   NOT FILED           .00             .00
ECAST SETTLEMENT CORP      UNSEC W/INTER   NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   SECURED NOT I     7322.62           .00             .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER      271.78           .00             .00
AMERICAN FAMILY FINANCIA   SECURED VEHIC         .00           .00             .00
TIMOTHY K LIOU             DEBTOR ATTY       1,009.20                          .00
TOM VAUGHN                 TRUSTEE                                          584.06
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  9,126.00

PRIORITY                                             .00
SECURED                                         8,541.94
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              584.06
DEBTOR REFUND                                        .00
                        --------------        --------------
TOTALS                   9,126.00               9,126.00


               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07384 CHRISTINE S BOWDEN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```